United States District Court
Southern District of Texas
**ENTERED**
January 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

AMERICAN MEDICAL RESPONSE, INC.,

Plaintiff,

vs.

CITY OF MCALLEN, TEXAS

Defendant.

Civil Action No. 7:23-cv-00027
Hon. Judge Ricardo H. Hinojoa

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff American Medical Response, Inc. ("Plaintiff") and Defendant City of McAllen, Texas ("Defendant"), through their undersigned counsel, have informed the Court that they have settled all disputes between them in this action and have requested that Plaintiff's claims and causes of action against Defendant be dismissed with prejudice. Accordingly, it is hereby:

ORDERED that the Agreed Motion to Dismiss with Prejudice is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claims and causes of action against Defendant are DISMISSED WITH PREJUDICE. This is a Final Order that concludes all litigation between Plaintiff and Defendant in the above-entitled action.

IT IS FURTHER ORDERED that Plaintiff and Defendant shall each bear their own expenses, costs, and attorneys' fees incurred in connection herewith.

RH SIGNED ~~AND ENTERED~~ this 11th day of January 2024.

Ricardo H. Hinojosa
Hon. Ricardo H. Hinojosa, District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

Respectfully submitted,

**FOLEY & LARDNER LLP**

By: */s/ Shane McDonald*

Scott D. Ellis
State Bar No. 24044606
sellis@foley.com
Shane McDonald
Texas Bar No. 24092797
smcdonald@foley.com
1000 Louisiana Street, Suite 2000
Houston, Texas 77002-2099
Telephone:(713) 276-5500
Facsimile: (713) 276-5555

**ATTORNEYS FOR PLAINTIFF AMERICAN MEDICAL RESPONSE, INC.**

**CITY OF MCALLEN**

By: */s/ Austin W. Stevenson* (By Permission)

Isaac J. Tawil
City Attorney
State Bar No. 24013605
itawil@mcallen.net
Austin W. Stevenson
Attorney-in-Charge
Texas Bar No. 24085961
astevenson@mcallen.net
1300 W. Houston Ave.
P.O. Box 220
McAllen, Texas 78505
(956) 681-1090

**ATTORNEYS FOR DEFENDANT CITY OF MCALLEN, TEXAS**